# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**

**v.**                                                                  **Case No:   6:17-cv-956-Orl-40KRS**

**COMENITY CAPITAL BANK, et al.,**

    **Defendants.**

## ORDER

The Clerk of Court is **DIRECTED** to reassign this case to the Honorable Gregory J. Kelly as the presiding Magistrate Judge, with his permission, for consideration with a related case.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE