

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

      Plaintiff,

                                Case No. 6:17-cv-956-Orl-40KRS

-v-

COMENITY CAPITAL BANK, et al.

      Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

      1.)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

      Plaintiff Larry Rumbough

      Defendant Comenity Capital Bank ("Comenity")

      Defendant Comenity LLC ("Comenity LLC")

      Defendant Comenity Servicing LLC ("Comenity Servicing")

      Defendant Alliance Data ("Alliance")

      Defendant BJ's Wholesale Club, Inc. ("BJ's")

      Defendant Anthony Newsome ("Newsome")

      Defendant Jane Doe ("Doe")

      Defendant McGlinchey Stafford PLLC ("McGlinchey")

      Defendant Jennifer M. Chapkin ("Chapkin")

Defendant Lisa M. Schiller ("Schiller")

Defendant Margaret Hightower ("Hightower")

Defendant Equifax Information Services LLC ("Equifax")

Defendant, Equifax Consumer Affairs ("Equifax Consumer")

Defendant Experian Information Solutions, Inc. ("Experian")

Defendant Trans Union LLC ("Trans Union")

Defendant James M. Peck ("Peck")

Defendant Samuel A. Hamood ("Hamood")

Defendant John W. Blenke ("Blenke")

Defendant Christopher A. Cartwright ("Cartwright")

Defendant John T. Danaher ("Danaher")

Defendant Mohit Kapoor ("Kapoor")

Defendant Curtis J. Miller ("Miller")

Defendant Julie Springer ("Springer")

Defendant Innovis Data Solutions, Inc ("Innovis")

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("National")

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None

4.)     The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Larry Rumbough

5.)    Check one of the following:

_X_ a. I certify that I am unaware of any actual or potential conflict of interest
involving the District Judge and Magistrate Judge assigned to this case and will immediately
notify the Court in writing upon learning of any such conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or
magistrate Judge as follows:

Dated: June 19, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859