UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

v.                                      Case No:  6:17-cv-956-Orl-40KRS

COMENITY CAPITAL BANK, et al.

    Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Case No. 6:16-cv-1305-Orl-18GJK

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: June 19, 2017

*Larry Rumbough*
Counsel of Record or *Pro Se* Party
   [Address and Telephone]

840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859