# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

v.                                                  Case No:   6:17-cv-956-Orl-40GJK

**COMENITY CAPITAL BANK; COMENITY LLC; COMENITY SERVICING LLC; ALLIANCE DATA; BJ'S WHOLESALE CLUB, INC.; ANTHONY NEWSOME; JANE DOE; MCGLINCHEY STAFFORD PLLC; JENNIFER M. CHAPKIN; MARGARET HIGHTOWER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; JAMES M. PECK; SAMUEL A. HAMOOD; JOHN W. BLENKE; CHRISTOPHER A. CARTWRIGHT; JOHN T. DANAHER; MOHIT KAPOOR; CURTIS J. MILLER; JULIE SPRINGER; INNOVIS DATA SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 20)** |
| **FILED:** | June 27, 2017 |

- 2 -

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On June 27, 2017, Defendant Trans Union LLC filed its "Unopposed Motion for Extension of Time for Defendant Trans Union LLC to File an Answer or Otherwise Respond to Plaintiff's Complaint" (the "Motion"). Doc. No. 17. In it, Trans Union requests an extension of time until July 27, 2017, to file a response to the Complaint. *Id*. at ¶ 2. Trans Union represents that Plaintiff does not object to the requested extension. *Id.* at ¶ 4.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. No. 17) is **GRANTED**; and

2. Trans Union shall file its response to the Complaint on or before July 27, 2017.

**DONE** and **ORDERED** in Orlando, Florida, on June 28, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties