# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

v.                                          Case No: 6:17-cv-956-Orl-40GJK

COMENITY CAPITAL BANK, COMENITY LLC,
COMENITY SERVICING LLC, ALLIANCE DATA, BJ'S
WHOLESALE CLUB, INC., ANTHONY NEWSOME,
JANE DOE, MCGLINCHEY STAFFORD PLLC,
JENNIFER M. CHAPKIN, LISA M. SCHILLER,
MARGARET HIGHTOWER, EQUIFAX INFORMATION
SERVICES LLC, EQUIFAX CONSUMER AFFAIRS,
EXPERIAN INFORMATION SOLUTIONS, INC., TRANS
UNION LLC, JAMES M. PECK, SAMUEL A. HAMOOD,
JOHN W. BLENKE, CHRISTOPHER A. CARTWRIGHT,
JOHN T. DANAHER, MOHIT KAPOOR, CURTIS J.
MILLER, JULIE SPRINGER, INNOVIS DATA
SOLUTIONS, INC and NATIONAL CONSUMER
TELECOM & UTILITIES EXCHANGE,

    Defendants.
_____/

## ORDER

This cause is before the Court upon review of the file. It is hereby **ORDERED** that this case is transferred to the Honorable G. Kendall Sharp, with his consent, to be considered with related case 6:16-cv-1305-Orl-18GJK.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties