UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-00956-GKS-GJK

LARRY RUMBOUGH,

    Plaintiff

v.

COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; LISA M.
SCHILLER; MARGARET HIGHTOWER;
EQUIFAX INFORMATION SERVICES
LLC; EQUIFAX CONSUMER AFFAIRS;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT KAPOOR;
CURTIS J. MILLER; JULIE SPRINGER;
INNOVIS DATA SOLUTIONS, INC.;
NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE

    Defendants.

_____/

**DEFENDANT ANTHONY NEWSOME'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendant Anthony Newsome ("Mr. Newsome"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 6(b)(1) and Middle District of Florida Local Rule 3.01(a), hereby files its Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint (the "Motion"), and in support states as follows:

    1.    Plaintiff Larry Rumbough ("Plaintiff"), filed the Complaint on May 25, 2017. [DOC 1].

1177460.1

2. Mr. Newsome was served with the Complaint on July 27, 2017 and his response to the Complaint is due on July 18, 2017.

3. Mr. Newsome's time to plead in response to the Complaint has not yet expired.

4. The undersigned counsel is making diligent efforts to review the allegations of the Complaint, conduct a factual investigation and compile information necessary to formulate a meaningful response to the Complaint.

5. However, in order to acquire all of the necessary information and complete the response, the undersigned is requesting a brief thirty (30) day extension of time, up to and including August 17, 2017, to file the response.

6. This Motion is being made in good faith, and not for dilatory purposes. It will not result in prejudice to any party in this action. Plaintiff is not opposed to the relief requested within the Motion. The Complaint was recently filed and no substantive activities have taken place.

WHEREFORE, Defendant Anthony Newsome, by and through its undersigned counsel, hereby requests that the Court enter an Order (1) granting its Unopposed Motion for an Extension of Time; (2) providing Anthony Newsome with an extension of time to file its responsive pleadings to the Complaint until on or before August 17, 2017; and (3) awarding Anthony Newsome such further relief as the Court deems just and appropriate.

Dated: July 17, 2017

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## Certification of Good Faith Conference

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned counsel contacted the *pro se* Plaintiff and certifies he does not oppose the relief sought in this Motion.

                Respectfully submitted,

                */s/ Jennifer M. Chapkin*

                Jennifer M. Chapkin, Esq.
                Florida Bar # 63855
                Lisa M. Schiller, Esq.
                Florida Bar # 984426
                McGLINCHEY STAFFORD
                1 East Broward Boulevard, Suite 1400
                Ft Lauderdale, Florida 33301
                Tel.: (954) 356-2501 (main)
                Fax: (954) 333-3846 (facsimile)
                Primary E-Mail:
                jchapkin@mcglinchey.com
                lschiller@mcglinchey.com
                Secondary E-Mails:
                jruiz@mcglinchey.com
                lponce@mcglinchey.com
                *Counsel for Defendant, Anthony Newsome*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 17th day of July, 2017.

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

                */s/ Jennifer M. Chapkin*
                Jennifer M. Chapkin, Esq.

1177460.1