# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.: 6:17-cv-00956-GKS-GJK

LARRY RUMBOUGH,

    Plaintiff

v.

COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; LISA M.
SCHILLER; MARGARET HIGHTOWER;
EQUIFAX INFORMATION SERVICES
LLC; EQUIFAX CONSUMER AFFAIRS;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT KAPOOR;
CURTIS J. MILLER; JULIE SPRINGER;
INNOVIS DATA SOLUTIONS, INC.;
NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE

    Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL AND OF E-MAIL DESIGNATION

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby notices that it will be appearing on behalf of the Defendant, ANTHONY NEWSOME, as counsel for this matter for all purposes herein. All future pleadings and communications shall be directed to the undersigned at the contact information below.

1177449.2

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the one primary e-mail address, and two secondary e-mail address for Counsel of Defendant in this action as follows:

| | |
|---|---|
| Primary E-Mail Address | jchapkin@mcglinchey.com |
| Secondary E-Mail Addresses | lschiller@mcglinchey.com |
| | jruiz@mcglinchey.com |
| | lponce@mcglinchey.com |

Respectfully submitted,

*/s/ Jennifer M. Chapkin*
Jennifer M. Chapkin, Esq.
Florida Bar # 63855
Lisa M. Schiller, Esq.
Florida Bar # 984426
McGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main)
Fax: (954) 333-3846 (facsimile)
Primary E-Mail:
jchapkin@mcglinchey.com
lschiller@mcglinchey.com
Secondary E-Mails:
jruiz@mcglinchey.com
lponce@mcglinchey.com
*Counsel for Defendant, Anthony Newsome*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 17th day of July, 2017.

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

*/s/ Jennifer M. Chapkin*
Jennifer M. Chapkin, Esq.

1177449.2

3