**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff

v.

COMENITY CAPITAL BANK; COMENITY LLC; COMENITY SERVICING LLC; ALLIANCE DATA; BJ'S WHOLESALE CLUB, INC.; ANTHONY NEWSOME; JANE DOE; MCGLINCHEY STAFFORD PLLC; JENNIFER M. CHAPKIN; LISA M. SCHILLER; MARGARET HIGHTOWER; EQUIFAX INFORMATION SERVICES LLC; EQUIFAX CONSUMER AFFAIRS; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; JAMES M. PECK; SAMUEL A. HAMOOD; JOHN W. BLENKE; CHRISTOPHER A. CARTWRIGHT; JOHN T. DANAHER; MOHIT KAPOOR; CURTIS J. MILLER; JULIE SPRINGER; INNOVIS DATA SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE.

    Defendants.

_____/

CASE NO.: 6:17-cv-00956-GKS-GJK

## **NOTICE OF APPEARANCE AS COUNSEL AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby notices that it will be appearing on behalf of the Defendants, MCGLINCHEY STAFFORD PLLC, LISA M. SCHILLER and JENNIFER M. CHAPKIN, as counsel for this matter for all purposes herein. All future pleadings and communications shall be directed to the undersigned at the contact information below.

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the one primary e-mail address, and two secondary e-mail address for Counsel of Defendants in this action as follows:

1179197.1

| Primary E-Mail Address | lschiller@mcglinchey.com |
|---|---|
| Secondary E-Mail Addresses | jchapkin@mcglinchey.com |
| | jruiz@mcglinchey.com |
| | lponce@mcglinchey.com |

        Respectfully submitted,

        */s/ Lisa M. Schiller, Esq.*
        Lisa M. Schiller, Esq.
        Florida Bar # 984426
        Jennifer M. Chapkin, Esq.
        Florida Bar # 63855
        McGLINCHEY STAFFORD
        1 East Broward Boulevard, Suite 1400
        Ft Lauderdale, Florida 33301
        Tel.: (954) 356-2501 (main)
        Fax: (954) 333-3846 (facsimile)
        Primary E-Mail:
        lschiller@mcglinchey.com
        jchapkin@mcglinchey.com
        Secondary E-Mails:
        jruiz@mcglinchey.com
        lponce@mcglinchey.com
        *Counsel for Defendants, McGlinchey Stafford*
        *PLLC, Lisa M. Schiller and Jennifer M. Chapkin*

## **CERTIFICATE OF SERVICE**

  I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 31st day of July, 2017.

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

        */s/Lisa M. Schiller, Esq.*
        Lisa M. Schiller, Esq.

1179197.1