UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-00956-GKS-GJK

LARRY RUMBOUGH,

    Plaintiff
v.
COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; LISA M.
SCHILLER; MARGARET HIGHTOWER;
EQUIFAX INFORMATION SERVICES
LLC; EQUIFAX CONSUMER AFFAIRS;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT KAPOOR;
CURTIS J. MILLER; JULIE SPRINGER;
INNOVIS DATA SOLUTIONS, INC.;
NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE
    Defendants.
_____/

## DEFENDANTS' MCGLINCHEY STAFFORD PLLC, LISA M. SCHILLER AND JENNIFER M. CHAPKIN UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendants McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin ("Defendants"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 6(b)(1) and Middle District of Florida Local Rule 3.01(a), hereby files their Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint (the "Motion"), and in support states as follows:

1179196.1

1. Plaintiff Larry Rumbough ("Plaintiff"), filed the Complaint on May 25, 2017. [DOC 1].

2. Defendants signed the waiver of service forms dated June 2, 2017 and their response to the Complaint is due on August 2, 2017.

3. Defendants time to plead in response to the Complaint has not yet expired.

4. The undersigned counsel is making diligent efforts to review the allegations of the Complaint, conduct a factual investigation and compile information necessary to formulate a meaningful response to the Complaint.

5. However, in order to acquire all of the necessary information and complete the response, the undersigned is requesting a brief thirty (30) day extension of time, up to and including September 1, 2017, to file the response.

6. This Motion is being made in good faith, and not for dilatory purposes. It will not result in prejudice to any party in this action. Plaintiff is not opposed to the relief requested within the Motion. The Complaint was recently filed and no substantive activities have taken place.

WHEREFORE, Defendants McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin, by and their undersigned counsel, hereby requests that the Court enter an Order (1) granting their Unopposed Motion for an Extension of Time; (2) providing McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin with an extension of time to file their response to the Complaint until on or before September 1, 2017; and (3) awarding McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin such further relief as the Court deems just and appropriate.

Dated: July 31, 2017

## Certification of Good Faith Conference

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned counsel contacted the *pro se* Plaintiff and certifies he does not oppose the relief sought in this Motion.

Respectfully submitted,

*/s/ Lisa M. Schiller, Esq.*

Lisa M. Schiller, Esq.
Florida Bar # 984426
Jennifer M. Chapkin, Esq.
Florida Bar # 63855
McGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main)
Fax: (954) 333-3846 (facsimile)
Primary E-Mail:
jchapkin@mcglinchey.com
lschiller@mcglinchey.com
Secondary E-Mails:
jruiz@mcglinchey.com
lponce@mcglinchey.com
*Counsel for Defendants McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 31st day of July, 2017.

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

*/s/ Lisa M. Schiller*
Lisa M. Schiller, Esq.

1179196.1