## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| LARRY RUMBOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | 6:17-cv-00956-GKS-GJK |
| v. | ) | |
| | ) | |
| COMENITY CAPITAL BANK ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
### EXPERIAN INFORMATION SOLUTIONS, INC.

Defendant Experian Information Solutions, Inc., ("Experian"), by and through its undersigned counsel, answers Plaintiff Larry Rumbough's ("Plaintiff") Complaint as follows:

In response to the unnumbered paragraph immediately preceding the "Preliminary Statement," Experian admits that Plaintiff is purporting to sue Experian and others.  Experian denies, generally and specifically, each and every remaining allegation, if any, in this paragraph.

### PRELIMINARY STATEMENT

1.       In response to paragraph 1 of the Complaint, Experian admits that Plaintiff purports to bring an action and seek damages for alleged violations of the Fair Credit Reporting Act ("FCRA") (15 U.S.C. § 1681 *et seq.*), the Fair Debt Collection Practices Act ("FDCPA") (15 U.S.C. § 1692 *et seq.*), the Florida Consumer Collection Practices Act ("FCCPA") (Fla. Stat. § 559 (Part VI) *et seq.*), the Telephone Consumer Practices Act ("TCPA") (47 U.S.C. § 227 et seq.), and the Florida Deceptive and Unfair Practices Act ("FDUTPA") (Fla. Stat. § 501 (Part II)).  Experian denies that it has violated the FCRA, FDCPA, FCCPA, TCPA, or FDUTPA. Experian further denies that it is liable to Plaintiff for any alleged damages, costs, or fees.

Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1.

## JURISDICTION AND VENUE

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged that jurisdiction is proper.  Experian states that this is a legal conclusion that is not subject to denial or admission.  To the extent paragraph 2 requires a denial or admission, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 2.

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper.  Experian states that this is a legal conclusion that is not subject to denial or admission.  To the extent paragraph 3 requires a denial or admission, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 3.

4.      In response to paragraph 4 of the Complaint, Experian denies that it is liable to Plaintiff for any damages.  As to the remaining allegations in paragraph 4 of the Complaint, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 4.

5.      In response to paragraph 5 of the Complaint, Experian is informed and believes and upon such information and belief admits that Plaintiff is a natural person and is a resident of the State of Florida.

6.      In response to paragraph 6 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 6.

7.      In response to paragraph 7 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 7.

8.      In response to paragraph 8 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 8.

9.      In response to paragraph 9 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 9.

10.      In response to paragraph 10 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 10.

11.      In response to paragraph 11 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 11.

12.      In response to paragraph 12 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 12.

13.     In response to paragraph 13 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 13.

14.     In response to paragraph 14 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 14.

15.     In response to paragraph 15 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 15.

16.     In response to paragraph 16 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 16.

17.     In response to paragraph 17 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 17.

18.     In response to paragraph 18 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 18.

19.     In response to paragraph 19 of the Complaint, Experian admits that it is an Ohio corporation.  Experian further admits that it is qualified to do business and does do business in Florida.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 19.

20.     In response to paragraph 20 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 20.

21.     In response to paragraph 21 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 21.

22.     In response to paragraph 22 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 22.

23.     In response to paragraph 23 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 23.

24.     In response to paragraph 24 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 24.

25.     In response to paragraph 25 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 25.

26.     In response to paragraph 26 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 26.

27.     In response to paragraph 27 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 27.

28.     In response to paragraph 28 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 28.

29.     In response to paragraph 29 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 29.

30.     In response to paragraph 30 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 30.

31.     In response to paragraph 31 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 31.

## FACTUAL ALLEGATIONS

32.     In response to paragraph 32 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 32.

33.     In response to paragraph 33 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 33.

34.     In response to paragraph 34 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 34.

35.     In response to paragraph 35 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 35.

36.     In response to paragraph 36 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 36.

37.     In response to paragraph 37 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 37.

38.     In response to paragraph 38 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 38.

39.     In response to paragraph 39 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 39.

40.     In response to paragraph 40 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 40.

41.     In response to paragraph 41 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 41.

42.     In response to paragraph 42 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 42.

43.     In response to paragraph 43 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 43.

44.     In response to paragraph 44 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 44.

45.     In response to paragraph 45 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 45.

46.     In response to paragraph 46 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 46.

47.     In response to paragraph 47 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 47.

48.     In response to paragraph 48 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 48.

49.     In response to paragraph 49 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 49.

50.     In response to paragraph 50 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 50.

51.     In response to paragraph 51 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 51.

52.     In response to paragraph 52 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 52.

53.     In response to paragraph 53 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 53.

54.     In response to paragraph 54 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 54.

55.     In response to paragraph 55 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 55.

56.     In response to paragraph 56 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 56.

57.     In response to paragraph 57 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 57.

58.     In response to paragraph 58 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 58.

59.     In response to paragraph 59 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 59.

60.     In response to paragraph 60 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 60.

61.     In response to paragraph 61 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 61.

62.     In response to paragraph 62 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 62.

63.     In response to paragraph 63 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 63.

64.     In response to paragraph 64 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 64.

65.     In response to paragraph 65 of the Complaint, Experian admits that it received a letter from Plaintiff dated August 19, 2016, which alleged that certain information on his credit report was inaccurate.   Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 65.

66.     In response to paragraph 66 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 66.

67.     In response to paragraph 67 of the Complaint, Experian admits that it received a letter from Plaintiff dated December 2, 2016, which alleged that certain information on his credit report was inaccurate.   Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 67.

68.     In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 68.

69.     In response to paragraph 69 of the Complaint, Experian admits that it has not deleted the Comenity account from Plaintiff's file and admits that it has not printed Plaintiff's

requested consumer statement for the Comenity account on Plaintiff's credit reports.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 69.

70.     In response to paragraph 70 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 70.

71.     In response to paragraph 71 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 71.

72.     In response to paragraph 72 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 72.

73.     In response to paragraph 73 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 73.

74.     In response to paragraph 74 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 74.

75.     In response to paragraph 75 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 75.

76.      In response to paragraph 76 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 76.

77.      In response to paragraph 77 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 77.

78.      In response to paragraph 78 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 78.

79.      In response to paragraph 79 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 79.

80.      In response to paragraph 80 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 80.

81.      In response to paragraph 81 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 81.

82.      In response to paragraph 82 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 82.

83.     In response to paragraph 83 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 83.

84.     In response to paragraph 84 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 84.

85.     In response to paragraph 85 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 85.

86.     In response to paragraph 86 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 86.

87.     In response to paragraph 87 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 87.

88.     In response to paragraph 88 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 88.

89.     In response to paragraph 89 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 89.

90.     In response to paragraph 90 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 90.

91.     In response to paragraph 91 of the Complaint, Experian admits that Plaintiff attempted to obtain his credit disclosure from Experian on May 20, 2015.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation that pertains to Experian in paragraph 91.  As to the remaining allegations in paragraph 91, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation in paragraph 91.

92.     In response to paragraph 92 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 92 that pertains to Experian.  As to the remaining allegations in paragraph 92, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation in paragraph 92.

93.     In response to paragraph 93 of the Complaint, Experian admits that Plaintiff sought and received a copy of his credit disclosure from Experian on May 20, 2017.  As to the remaining allegations in paragraph 92, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation in paragraph 93.

94.     In response to paragraph 94 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 94.

95.     In response to paragraph 95 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 95.

96.     In response to paragraph 96 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 96.

97.     In response to paragraph 97 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 97.

98.     In response to paragraph 98 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 98.

99.     In response to paragraph 99 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 99.

100.    In response to paragraph 100 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 100.

101.    In response to paragraph 101 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 101.

**COUNT I**

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 BY DEFENDANTS COMENITY, COMENITY LLC, COMENITY SERVICING, ALLIANCE, BJ'S, NEWSOME, DOE, EQUIFAX, EQUIFAX CONSUMER, EXPERIAN, TRANS UNION, PECK, HAMOOD, BLENKE, CARTWRIGHT, DAHAHER, KAPOOOR, MILLER, SPRINGER, INNOVIS, AND NATIONAL**

102.    In response to paragraph 102 of the Complaint, Experian incorporates its responses to paragraphs 1 through 101 of the Complaint as if fully set forth herein.

103.    In response to paragraph 103 of the Complaint, Experian is informed and believes and upon such information and belief admits that Plaintiff is a consumer within the meaning of § 1681a(c) of the FCRA.

104.    In response to paragraph 104 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 104.

105.    In response to paragraph 105 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 105 of the Complaint that relates to Experian.  As to the allegations in paragraph 105 of the Complaint that relate to other defendants, Experian states that it does not have knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 105 of the Complaint that relates to the other defendants.

106.    In response to paragraph 106 of the Complaint, including without limitation subparts (a) through (j), Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 106 of the

Complaint, including subparts (a) through (j), that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 106 that relates to other defendants.

107.    In response to paragraph 107 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 107.

Experian denies that Plaintiff is entitled to any form of relief as a result of any allegations related to Experian as set forth in the paragraph beginning with "WHEREFORE" following paragraph 107 of the Complaint.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION**
**PRACTICES ACT (FDCPA), 15 U.S.C. §1692**
**BY DEFENDANTS COMENITY, COMENITY, LLC,**
**MCGLINCHEY, CHAPKIN, SHILLER, AND HIGHTOWER**

108.    In response to paragraph 108 of the Complaint, Experian incorporates its responses to paragraphs 1 through 107 of the Complaint as if fully set forth herein.

109.    In response to paragraph 109 of the Complaint, Experian is informed and believes and upon such information and belief admits that Plaintiff is a consumer within the meaning of § 1681a(c) of the FCRA.

110.    In response to paragraph 110 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 110.

111.    In response to paragraph 111 of the Complaint, including without limitation subparts (a) through (h), Experian states that it is without knowledge or information sufficient to

form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 111.

## COUNT III
## VIOLATION OF FLORIDA CONSUMER COLLECTION
## PRACTICES ACT (FCCPA), FLA. STAT. §559 (Part VI)
## BY DEFENDANTS COMENITY, COMENITY LLC,
## MCGLINCHEY, CHAPKIN, SCHILLER, AND HIGHTOWER

112.    In response to paragraph 112 of the Complaint, Experian incorporates its responses to paragraphs 1 through 111 of the Complaint as if fully set forth herein.

113.    In response to paragraph 113 of the Complaint, Experian is informed and believes and upon such information and belief admits that Plaintiff is a consumer within the meaning of § 1681a(c) of the FCRA.

114.    In response to paragraph 114 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 114.

115.    In response to paragraph 115 of the Complaint, including without limitation subparts (a) through (c), Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 115.

## COUNT IV
## VIOLATION OF TELEPHONE CONSUMER
## PROTECTION ACT (TCPA), 47 U.S.C. §227
## BY DEFENDANTS COMENITY AND COMENITY LC *[sic]*

116.    In response to paragraph 116 of the Complaint, Experian incorporates its responses to paragraphs 1 through 115 of the Complaint as if fully set forth herein.

117.    In response to paragraph 117 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 117.

118.    In response to paragraph 118 of the Complaint, including without limitation subparts (a) through (b), Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 118.

**COUNT V**
**VIOLATION OF FLORIDA DECEPTIVE AND UNFAIR TRADE**
**PRACTICES ACT (FDUTPA), FLA. STAT. §501(PART II)**
**BY DEFENDANTS COMENITY, COMENITY LLC, MCGLINCHEY, CHAPKIN,**
**SCHILLER, HIGHTOWER, TRANS UNION, PECK, HAMOOD, BLENKE,**
**CARTWRIGHT, DANAHER, KAPOOR, MILLER, AND SPRINGER**

119.    In response to paragraph 119 of the Complaint, Experian incorporates its responses to paragraphs 1 through 118 of the Complaint as if fully set forth herein.

120.    In response to paragraph 120 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 120.

121.    In response to paragraph 121 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 121.

122.    In response to paragraph 122 of the Complaint, Experian admits that Plaintiff appears to quote from Fla. Stat. § 501.2075.  Experian denies that Plaintiff is entitled to any form of relief as a result of any allegations related to Experian as set forth in paragraph 122 of the Complaint.

## DEFENSES

On information and belief, Experian at this time pleads the following defenses.  Experian reserves the right to amend its Answer and/or assert additional defenses should investigation and discovery, which could not be completed before the deadline for filing an answer, indicate such defenses are warranted.  Experian is not asserting or conceding that all of the defenses alleged below are affirmative defenses as to which Experian bears the burden of proof.

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of *res judicata*, collateral estoppel, and claim-splitting based on a previous action that is currently pending before this Court and on the basis of a resolution via settlement of a prior action.

## SECOND DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## THIRD DEFENSE

All claims against Experian are barred because information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH DEFENSE

Plaintiff has failed to mitigate his damages.

## SIXTH DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## EIGHTH DEFENSE

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## NINTH DEFENSE

In the event that a settlement is reached between Plaintiff and any other party, Experian is entitled to any settlement credits permitted by law.

## TENTH DEFENSE

At all times, Experian has acted in good faith and without malice or intent to injure Plaintiff.

## ELEVENTH DEFENSE

The damages sought do not bear a reasonable relationship to Plaintiff's actual damages.

## TWELFTH DEFENSE

Plaintiff's claims for punitive damages violate the Fourteenth Amendment, the excessive fines clause of the Eighth Amendment, and the Due Process Clause of the United States Constitution, and violate the Constitution and laws of the State of Florida.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because they are a collateral attack on the substance of his underlying debt.

**FOURTEENTH DEFENSE**

To the extent Plaintiff were entitled to any damages or relief, which Experian denies, the amount is barred in whole or in part by amounts Plaintiff owes to Experian, which remain unpaid and should be applied as a setoff or recoupment, including without limitation amounts awarded as costs in previous cases in this Court between Plaintiff and Defendant.

**FIFTEENTH DEFENSE**

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

    (1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

    (2)    For costs of suit and attorneys' fees herein incurred; and

    (3)    For such other and further relief as the Court may deem just and proper.

Dated:  August 1, 2017.                          Respectfully submitted,


                                                 _/s/ Michelle T. Della Guardia_
                                                 Michelle T. Della Guardia
                                                 Florida Bar No. 105850
                                                 Jones Day
                                                 Brickell World Plaza
                                                 600 Brickell Avenue
                                                 Suite 3300
                                                 Miami, FL 33131
                                                 Telephone: (305) 714-9700
                                                 Fax: (305) 714-9799
                                                 Email: mdellaguardia@jonesday.com


                                                 _Attorney for Defendant_
                                                 _Experian Information Solutions, Inc._

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Plaintiff via U.S. Certified Mail and on all counsel of record (listed below) via transmission of Notices of Electronic Filing generated by CM/ECF.

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

*Plaintiff, Pro Se*

Jennifer Morgan Chapkin
Lisa Monica Schiller
McGlinchey Stafford, PLLC
1 E Broward Blvd Ste 1400
Ft. Lauderdale, FL 33301-1834

*Counsel for Defendants Anthony Newsome, McGlinchey Stafford PLLC, Jennifer M. Chapkin, and Lisa M. Siller*

Franklin G. Cosmen , Jr.
Quintairos, Prieto, Wood & Boyer, PA
9300 S Dadeland Blvd, 4th Flr
Miami, FL 33156

*Counsel for Defendant Trans Union LLC*

John Anthony Love
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521

*Attorney for Defendant Equifax Information Services LLC*

*/s/ Michelle T. Della Guardia*
Michelle T. Della Guardia