# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff

v.   CASE NO.: 6:17-cv-00956-GKS-GJK

COMENITY CAPITAL BANK; COMENITY LLC; COMENITY SERVICING LLC; ALLIANCE DATA; BJ'S WHOLESALE CLUB, INC.; ANTHONY NEWSOME; JANE DOE; MCGLINCHEY STAFFORD PLLC; JENNIFER M. CHAPKIN; LISA M. SCHILLER; MARGARET HIGHTOWER; EQUIFAX INFORMATION SERVICES LLC; EQUIFAX CONSUMER AFFAIRS; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; JAMES M. PECK; SAMUEL A. HAMOOD; JOHN W. BLENKE; CHRISTOPHER A. CARTWRIGHT; JOHN T. DANAHER; MOHIT KAPOOR; CURTIS J. MILLER; JULIE SPRINGER; INNOVIS DATA SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE.

    Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby notices that it will be appearing on behalf of the Defendants, COMENITY CAPITAL BANK, COMENITY SERVICING LLC, COMENITY LLC, ALLIANCE DATA, and BJ'S WHOLESALE CLUB, INC., as counsel for this matter for all purposes herein. All future pleadings and communications shall be directed to the undersigned at the contact information below.

1181449.1

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the one primary e-mail address, and two secondary e-mail address for Counsel of Defendants in this action as follows:

| Primary E-Mail Address | lschiller@mcglinchey.com |
|---|---|
|  | jchapkin@mcglinchey.com |
| Secondary E-Mail Addresses | ealarcon@mcglinchey.com |
|  | lponce@mcglinchey.com |

Respectfully submitted,

*/s/ Lisa M. Schiller, Esq.*
Lisa M. Schiller, Esq.
Florida Bar # 984426
Jennifer M. Chapkin, Esq.
Florida Bar # 63855
McGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main)
Fax: (954) 333-3846 (facsimile)
Primary E-Mail:
lschiller@mcglinchey.com
jchapkin@mcglinchey.com
Secondary E-Mails:
ealarcon@mcglinchey.com
lponce@mcglinchey.com
*Counsel for Defendants, COMENITY CAPITAL BANK, COMENITY SERVICING LLC, COMENITY LLC, ALLIANCE DATA, and BJ'S WHOLESALE CLUB, INC.*

## CERTIFICATE OF SERVICE

  I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 17th day of August, 2017.

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

                   */s/Lisa M. Schiller, Esq.*
                   Lisa M. Schiller, Esq.

1181449.1