# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

                                       Case No. 6:17-cv-956-Orl-40GJK

-v-

COMENITY CAPITAL BANK, et al.

    Defendants.

## PLAINTIFF'S SUPPLEMENTAL CERTIFICATE OF CONFERENCE FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND INCORPORATED MEMORANDUM OF LAW

Pursuant to M.D. Fla. L.R. 3.01(g), Plaintiff states that he has conferred in person with Defendant Trans Union, LLC's attorney Mark Kirkland. Mr. Kirkland did not oppose the motion.

Dated: August 21, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 21st day of August, 2017:

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859