UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

        **Plaintiff,**

v.                                                                                    Case No:  6:17-cv-956-Orl-40GJK

**COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; MARGARET
HIGHTOWER; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION
LLC; JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT
KAPOOR; CURTIS J. MILLER; JULIE
SPRINGER; INNOVIS DATA
SOLUTIONS, INC.; NATIONAL
CONSUMER TELECOM & UTILITIES
EXCHANGE,**

        **Defendants.**

## ORDER TO STRIKE

On August 14, 2017, Plaintiff filed a motion for extension of time to respond to Defendant Trans Union LLC's motion to dismiss or for more definite statement. Doc. No. 40. On August 17, 2017, the Court denied the motion for extension of time due to Plaintiff's failure to comply with Local Rule 3.01(g). Doc. No. 44. On August 21, 2017, Plaintiff filed a Supplemental Certificate of Conference for Plaintiff's Motion for Extension of Time to Respond to Defendant Trans Union

- 2 -

LLC's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for More Definite Statement and Incorporated Memorandum of Law (the "Supplemental Certificate"). Doc. No. 49. In the Supplemental Certificate, Plaintiff states that he has conferred with Trans Union LLC's counsel, and counsel did not oppose the motion. *Id.*

Although Rule 3.01(g) permits filing a supplement to a motion "certifying whether or to what extent the parties have resolved the issue(s) presented in the motion[,]" there is currently no motion for extension of time pending before the Court. Thus, the Supplemental Certificate is stricken. Plaintiff may, however, file another motion for an extension of time that complies with Rule 3.01(g).

Accordingly, it is hereby **ORDERED** that the Supplemental Certificate (Doc. No. 49) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida, on August 23, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties