FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 AUG 28 PM 1:58

LARRY RUMBOUGH,

    Plaintiff,

-v-

    Case No. 6:17-cv-956-Orl-40GJK

COMENITY CAPITAL BANK, et al.

    Defendants.

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby files Plaintiff's Second Unopposed Motion for Extension of Time to Respond to Trans Union LLC's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for More Definite Statement and Incorporated Memorandum of Law, and states:

1. Trans Union's motion relies on a number of novel legal theories that are difficult to decipher.

2. Therefore, Plaintiff needs additional time to investigate these theories and effectively respond to the motion.

3. Granting of this motion will not prejudice Trans Union in any way.

WHEREFORE, Plaintiff requests that the Court extend the deadline for Plaintiff to respond to Trans Union's Motion to dismiss by 14 days to August 28, 2017.

1

Dated: August 28, 2017

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF CONFERENCE

Pursuant to M.D. Fla. L.R. 3.01(g), Plaintiff states that he has conferred in person with Defendant Trans Union, LLC's attorney Mark Kirkland. Mr. Kirkland did not oppose the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 28th day of August, 2017:

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859