FILED

2017 AUG 28 PM 1:58

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

Plaintiff,

-v-

Case No. 6:17-cv-956-Orl-40GJK

COMENITY CAPITAL BANK, et al.

Defendants.

## PLAINTIFFS RESPONSE TO DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT, AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby responds to Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for More Definite Statement, and Incorporated Memorandum of Law, and states:

1. Plaintiff asserts that the claim against Trans Union is sufficiently clear in the Complaint.

2. However, if the Court accepts any of Trans Union's arguments, then Plaintiff requests that the Complaint be dismissed without prejudice and that the Court provide Plaintiff with guidance on any inadequacies of his pleadings so that the Complaint can be properly amended.

Dated: August 28, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 28th day of August, 2017:

*[signature: Larry Rumbough]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859