UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-00956

LARRY RUMBOUGH,

    Plaintiff

v.

COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; LISA M.
SCHILLER; MARGARET HIGHTOWER;
EQUIFAX INFORMATION SERVICES
LLC; EQUIFAX CONSUMER AFFAIRS;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT KAPOOR;
CURTIS J. MILLER; JULIE SPRINGER;
INNOVIS DATA SOLUTIONS, INC.;
NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE

    Defendants.

_____/

**THE MCGLINCHEY DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS**

McGlinchey Stafford PLLC; Lisa M. Schiller; and Jennifer M. Chapkin (collectively known as the "McGlinchey Defendants") file this their Notice of Supplemental Authority. The McGlinchey Defendants show the court the following:

1. On August 17, 2017, the McGlinchey Defendants filed their Motion to Dismiss Plaintiff's Complaint with Incorporated Memorandum of Law. On that same day, the United

States Court of Appeals for the Eleventh Circuit issued an opinion in *Solis v. CitiMortgage, Inc.* 2017 WL 3531412, ---Fed.Appx. --- (11th Cir. August 17, 2017). In *Solis,* the Eleventh Circuit affirmed the district court's holding that Solis' FCCPA claim was barred by Florida's litigation privilege because her FCCPA claim was based "entirely on the defendant's filing of a state foreclosure action against her." *Id*. at *3. A copy of *Solis* is attached.

2. The case before this Court is similar to *Solis* because Plaintiff's FCCPA claim against the McGlinchey Defendants is based on the fact that the McGlinchey Defendants (on behalf of their client Comenity Capital Bank) filed a counter-claim against Plaintiff in the Rumbough 1 matter[1] and thus, the McGlinchey Defendants wanted to bring the new Eleventh Circuit authority to this Court's attention.

Respectfully submitted,

*/s/ Lisa M. Schiller, Esq.*
Lisa M. Schiller, Esq.
Florida Bar # 984426
Jennifer M. Chapkin, Esq.
Florida Bar # 63855
**McGLINCHEY STAFFORD**
1 East Broward Boulevard, Suite 1400
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main)
Fax: (954) 333-3846 (facsimile)
Primary E-Mail:
lschiller@mcglinchey.com
jchapkin@mcglinchey.com
Secondary E-Mails:
ealarcon@mcglinchey.com
lponce@mcglinchey.com
*Counsel for Defendant, McGlinchey Stafford PLLC, Lisa M. Schiller and Jennifer M. Chapkin*

---

[1] Rumbough 1 is referenced in the McGlinchey Defendants' Motion to Dismiss and it is styled *Larry Rumbough v. Comenity Capital Bank et al*, Case Number 16-cv-01305-GKS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 28th day of August, 2017:

**Via U.S. Mail:**

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
PRO SE

                                              */s/ Lisa M. Schiller*
                                              Lisa M. Schiller, Esq.