**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

            **Plaintiff,**

**v.**                                                                    **Case No:   6:17-cv-956-Orl-40GJK**

**COMENITY CAPITAL BANK;**
**COMENITY LLC; COMENITY**
**SERVICING LLC; ALLIANCE DATA;**
**BJ'S WHOLESALE CLUB, INC.;**
**ANTHONY NEWSOME; JANE DOE;**
**MCGLINCHEY STAFFORD PLLC;**
**JENNIFER M. CHAPKIN; MARGARET**
**HIGHTOWER; EQUIFAX**
**INFORMATION SERVICES, LLC;**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC.; TRANS UNION**
**LLC; JAMES M. PECK; SAMUEL A.**
**HAMOOD; JOHN W. BLENKE;**
**CHRISTOPHER A. CARTWRIGHT;**
**JOHN T. DANAHER; MOHIT**
**KAPOOR; CURTIS J. MILLER; JULIE**
**SPRINGER; INNOVIS DATA**
**SOLUTIONS, INC.; NATIONAL**
**CONSUMER TELECOM & UTILITIES**
**EXCHANGE,**

            **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 51)** |

**FILED:**  **August 28, 2017**

_____

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On August 28, 2017, Plaintiff filed a Second Unopposed Motion for Extension of Time to Respond to Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for More Definite Statement and Incorporated Memorandum of Law (the "Motion"). Doc. No. 51. Plaintiff requests an extension of time until August 28, 2017, to file a response to Trans Union LLC's motion to dismiss, or in the alternative, motion for more definite statement. _Id_. Plaintiff, who is appearing pro se, represents that Trans Union LLC does not object to the requested extension. _Id._ On August 28, 2017, Plaintiff filed his response to Trans Union LLC's motion.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. No. 51) is **GRANTED**; and

2. Plaintiff's response (Doc. No. 52) to Trans Union LLC's motion to dismiss, or in the alternative, motion for more definite statement, is deemed timely filed.

**DONE** and **ORDERED** in Orlando, Florida, on August 29, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties