FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

2017 SEP -5 PM 1:07

LARRY RUMBOUGH,

    Plaintiff,

                                         Case No. 6:17-cv-956-Orl-40KRS

-v-

COMENITY CAPITAL BANK, et al.

    Defendants.

## PLAINTIFFS RESPONSE TO MCGLINCHEY STAFFORD PLLC; LISA M. SCHILLER; AND JENNIFER M. CHAPKIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby responds to McGlinchey Stafford PLLC; Lisa M. Schiller; and Jennifer M. Chapkin's Motion to Dismiss With Incorporated Memorandum of Law, and states:

1. Plaintiff asserts that the claims against McGlinchey Stafford PLLC; Lisa M. Schiller; and Jennifer M. Chapkin are sufficiently clear in the Complaint.

2. However, if the Court accepts any of McGlinchey Stafford PLLC; Lisa M. Schiller; and Jennifer M. Chapkin's arguments, then Plaintiff requests that the Complaint be dismissed without prejudice and that the Court provide Plaintiff with guidance on any inadequacies of his pleadings so that the Complaint can be properly amended.

Dated: September 5, 2017

Respectfully submitted,

*[signature]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 5th day of September, 2017:

*[signature]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859