FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 SEP -5 PM 1:07

LARRY RUMBOUGH,

    Plaintiff,

-v-

Case No. 6:17-cv-956-Orl-40KRS

COMENITY CAPITAL BANK, et al.

    Defendants.

## PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby responds to Defendants' Motion to Dismiss With Incorporated Memorandum of Law, and states:

1. Plaintiff asserts that the claims against Defendants are sufficiently clear in the Complaint.

2. However, if the Court accepts any of Defendants' arguments, then Plaintiff requests that the Complaint be dismissed without prejudice and that the Court provide Plaintiff with guidance on any inadequacies of his pleadings so that the Complaint can be properly amended.

Dated: September 5, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 5th day of September, 2017:

*[signature: Larry Rumbough]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859