UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

        Plaintiff,

v.                              Case No:  6:17-cv-956-Orl-18GJK

COMENITY CAPITAL BANK,
COMENITY LLC, COMENITY
SERVICING LLC, ALLIANCE
DATA, BJ'S WHOLESALE CLUB,
INC., ANTHONY NEWSOME, JANE
DOE, MCGLINCHEY STAFFORD
PLLC, ET AL.,

        Defendants.
_____

## ORDER TO SHOW CAUSE

The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the failure to file a Case Management Report within the time prescribed by Local Rule 3.05.  Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE** and **ORDERED** at Orlando, Florida, this 21 day of September, 2017.

                                                                  G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Pro Se Plaintiff
Counsel of Record