# Exhibit "A"

## A. Eleventh Circuit

1.

   *Rumbough v. Experian Info. Sols., Inc.*, 626 Fed. Appx. 224 (11th Cir. 2015).
   **Date of Filing:** 02/07/2014.
   **Nature of the Claim:** Fair Credit Reporting Act ("FCRA").
   **Disposition:** The Eleventh Circuit affirmed the District Court's grant of summary judgment in favor of Experian Information Solutions, Inc. and LexisNexis Risk Data Retrieval Services, LLC.
   **Overview:** (1) Plaintiff alleged that Experian Information Solutions, Inc. violated the FCRA by furnishing his credit report to four entities without a permissible purpose. (2) Plaintiff alleged that LexisNexis Risk Data Retrieval Services, LLC violated the FCRA by knowingly misreporting the filing location of a federal tax lien.

2.

   *Rumbough v. Equifax Info. Services, LLC*, 464 Fed. Appx. 815 (11th Cir. 2012).
   **Date of Filing:** 10/04/2010.
   **Nature of the Claim:** FCRA.
   **Disposition:** The Eleventh Circuit affirmed the District Court's dismissal of the claim for failing to comply with an order that required Plaintiff to post a cost bond of $250 per defendant as a condition for filing an amended complaint.
   **Overview:** Plaintiff filed a complaint against 36 defendants, including banks, credit reporting companies, other financial entities and *law firms* seeking damages under the FCRA, 15 U.S.C. § 1681, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA") , and the Florida Consumer Collection Practices Act, Fla. Stat. § 559 (FCCPA).
   **Notes:** Plaintiff filed a complaint against 36 defendants, including banks, credit reporting companies, other financial entities and law firms seeking damages under the FCRA, 15 U.S.C. § 1681, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.

## B. Middle District of Florida

3.

   *Rumbough v. Equifax Information Services*, LLC, Case No. 6:07-cv-01136-GKS-GJK (M.D. Fla. Dec. 1, 2008).
   **Date of Filing:** 07/09/2007.
   **Nature of the Claim:** FCRA and Defamation.
   **Disposition:** Court entered motion for summary judgment in favor of Equifax. Plaintiff failed to respond.
   **Overview:** Plaintiff alleged that Equifax willfully issued false consumer credit reports concerning Plaintiff.

4.

   *Rumbough v. Calvary Portfolio Services, LLC*, Case No. 6:07-cv-01483-ACC-KRS (M.D. Fla. July 3, 2008).
   **Date of Filing:** 09/17/2007.
   **Nature of the Claim:** FCRA, FDCPA, and FCCPA.

**Disposition:** The District Court granted Defendant's unopposed Motion to Dismiss with Prejudice because judgment was satisfied.[1]
**Overview:** Plaintiff alleged that Calvary Portfolio Services, LLC, willfully issued false consumer credit reports, resulting in credit denials, credit delays, and financial loss.

5.
*Rumbough v. Capital One Services, Inc.*, Case No. 6:07-cv-01484-ACC-DAB (M.D. Fla. August 4, 2008).
Date of Filing: 09/17/2007.
**Nature of the Claim**: FDCPA, FCCPA, FCRA
**Disposition**: The District Court entered judgment in favor of Plaintiff following Capital One's acceptance of Plaintiff's offer of judgment in the amount of $10,000.00.
**Overview:** Plaintiff alleged that Capital One Services, Inc., and other defendants reported false information to credit reporting agencies and improperly sought to collect on Plaintiff's credit card debt.

6.
*Rumbough v. AT&T, Inc.*, Case No. 6:09-cv-00657-JA-GJK, 2009 WL 10670884 (M.D. Fla. Sept. 29, 2009).
**Date of Filing:** 04/14/2009.
**Nature of the Claim:** FCRA, FDCPA, and FCRA.
**Disposition:** The District Court remanded the matter to the Ninth Judicial Circuit.
**Overview:** Plaintiff alleged that AT&T, Inc., Nationwide Credit, Inc., and Franklin Collection Service, Inc. violated the Florida Consumer Collection Practices Act ("FCCPA"), the Fair Debt Collection Practices Act ("FDCPA"), and the FCRA.

7.
*Rumbough v. Equifax Info. Services, LLC*, 6:10-cv-00117-ACC-DAB, 2012 WL 2813977 (M.D. Fla. July 10, 2012).
**Date of Filing:** 01/21/2010.
**Nature of the Claim:** FCRA.
**Disposition:** The District Court dismissed the claim for failing to comply with an order that required Plaintiff to post a cost bond of $250 per defendant as a condition for filing an amended complaint.
**Overview:** Plaintiff filed a complaint against 36 defendant, including banks, credit reporting companies, other financial entities and *law firms* seeking damages under the FCRA, 15 U.S.C. § 1681, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.

8.
*Rumbough v. Experian Info. Sols., Inc.*, Case No. 6:12-cv-00811-ACC-DAB, 2014 WL 11427967 (M.D. Fla. Jan. 9, 2014).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA.

---

[1] Please note that Plaintiff accepted Defendant's offer of Judgment for $5,000.

**Disposition:** The District Court granted summary judgment in favor of Experian Information Solutions, Inc. and LexisNexis Risk Data Retrieval Services, LLC ("LNRDR").

**Overview:** (1) Plaintiff alleged that Experian Information Solutions, Inc. violated the FCRA by furnishing his credit report to four entities without a permissible purpose. (2) Plaintiff alleged that LexisNexis Risk Data Retrieval Services, LLC violated the FCRA by knowingly misreporting the filing location of a federal tax lien.

9.
*Rumbough v. Trans Union LLC*, Case No. 6:12-cv-00812-ACC-DAB (M.D. Fla. Aug. 2, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA.
**Disposition:** The District Court entered an order of dismissal pursuant to Local Rule 3.08(b).
**Overview:** Plaintiff alleged that Trans Union provided Plaintiff's consumer reports without verifying that the entities had a permissible purpose to obtain the report, failed to correct inaccuracies on Plaintiff's credit report, and failed to follow reasonable procedures to assure maximum accuracy of the information in consumer credit reports.

10.
*Rumbough v. Chex Systems, Inc.*, Case No. 6:12-cv-00813-ACC-DAB (M.D. Fla. September 9, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA, FDCPA, and FCCPA.
**Disposition:** Plaintiff moved to voluntarily dismiss with prejudice due to settlement.
**Overview:** Plaintiff alleged, among other things, that Chex Systems, Inc., (1) refused to delete, correct, or place in dispute plaintiff's consumer statement, (2) provided Washington Mutual and Chase Plaintiff's consumer report absent verification that the entities had a permissible purpose to obtain it, and (3) failed to follow reasonable procedures to assure maximum accuracy of the information in the report.

11.
*Rumbough v. Mann Bracken, LLC*, Case No. 6:12-cv-00814-ACC-DAB (M.D. Fla. Nov. 26, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA.
**Disposition:** The District Court adopted the Magistrate's report and recommendation that Plaintiff's Motion for Relief from Order Dismissing Case for Lack of Prosecution be denied.
**Overview:** Plaintiff alleged, among other things, that Mann Bracken, LLC used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

12.
*Rumbough v. Bank of Am. Corp.*, Case No. 6:12-cv-00815-ACC-DAB (M.D. Fla. May 29, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA, and FCCPA.
**Disposition:** The District Court dismissed the case without prejudice due to settlement.
**Overview:** Plaintiff alleged, among other things, that Bank of Am. Corp. reported false information to reporting agencies, failed to provide notice of false information, and failed to a conduct a proper investigation of Plaintiff's disputes.

13.
*Rumbough v. B-Line, LLC*, Case No. 6:12-cv-00817-ACC-DAB (M.D. Fla. April 18, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FDCPA, and FCCPA.
**Disposition:** Pursuant to Local Rule 1.07(b), the court dismissed the case without notice and without prejudice.
**Overview:** Plaintiff alleged, among other things, that B-Line, LLC, sent Plaintiff a letter attempting to collect on a nonexistent debt.

14.
*Rumbough v. Capital One Bank*, Case No. 6:12-cv-00818-ACC-DAB, 2012 WL 12915481 (M.D. Fla. October. 1, 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA.
**Disposition:** The District Court dismissed the case without prejudice because the matter was settled in mediation..
**Overview:** Plaintiff alleged that Capital One Bank and Alliance Receivables management violated FCRA 15 U.S.C. § 1681 and 1682, and Fla. Stat. § 559.

15.
*Rumbough v. First Premier Bank*, Case No. 6:12-cv-00819-ACC-DAB (M.D. Fla. May, 6 2013).
**Date of Filing:** 05/29/2012.
**Nature of the Claim:** FCRA and FCCPA.
**Disposition:** The District Court dismissed the case without prejudice because the matter was settled in mediation.
**Overview:** Plaintiff alleged, among other things, (1) that First Premier reported false information to credit reporting agencies, (2) that First Premier did not provide notice regarding the information, and (3) that First Premier failed to conduct a proper investigation of Plaintiff's disputes.

16. *Rumbough v. SunTrust Bank*, Case No. 6:12-cv-00820-DAB (M.D. Fla. July 12, 2013).
    **Date of Filing:** 05/29/2012
    **Nature of the Claim:** FCRA, FDCPA, and FCCPA.
    **Disposition:** Plaintiff moved to voluntarily dismiss with prejudice because the matter settled in mediation.

    **Overview:** Plaintiff alleged, among other things, that SunTrust, reported false information to credit reporting agencies, failed to conduct a proper investigation of Plaintiff's disputes, and falsely represented the character, amount or legal status of his debt.

17. *Rumbough v. Citifinancial, Inc.,* Case No. 6:12-cv-00821-ACC-DAB (M.D. Fla. November 15, 2013).
    **Date of Filing:** 05/29/2012
    **Nature of the Claim:** FCRA.
    **Disposition:** The District Court dismissed the case without prejudice due to settlement.
    **Overview:** Plaintiff alleged, among other things, that Citifinancial, Inc., reported false information to credit reporting agencies and failed to conduct a proper investigation of Plaintiff's disputes.

18. 
    *Rumbough v. Baker*, Case No. 6:13-cv-01091-GKS-GJK (M.D. Fla. May. 28, 2014).
    **Date of Filing:** 07/18/2013.
    **Nature of the Claim:** FCRA, FDCPA, and FCCPA.
    **Disposition:** The District Court dismissed the case pursuant to Fed. R. Civ. P 12(b)(5).
    **Overview:** Plaintiff filed suit against his lawyer alleging, among other things, that Defendants have engaged in conspiracy to harass, embarrass, and intimidate Plaintiff by filing his credit reports and tax returns into the state court file.

19. 
    *Rumbough v. Courtesy Toyota*, Case No. 6:15-cv-00869-CEM-GJK (M.D. Fla. Nov. 22, 2016).
    **Date of Filing:** 06/01/2015.
    **Nature of the Claim:** FCRA.
    **Disposition:** The District Court dismissed the case for Plaintiff's failure to comply with a court orders.
    **Overview:** Plaintiff alleged, among other things, that Courtesy Toyota ignored Plaintiff's demand for his credit file, and obtained his credit report with an impermissible purpose.

20.
*Rumbough v. Capital One Bank, N.A.*, Case No. 6:15-cv-01878-PGB-KRS (M.D. Fla. Oct. 24, 2016).
**Date of Filing:** 11/05/2015.
**Nature of the Claim:** FCRA, FDCPA, and FCCPA.
**Disposition:** The District Court entered Judgment in favor of Plaintiff totaling $7,000.
**Overview:** Plaintiff alleged, among other things, that Capital One Bank failed to follow reasonable procedures to ensure maximum accuracy of the credit report, failing to delete incomplete and inaccurate information, and failing to establish any procedure by which reinvestigation would occur immediately upon the republication.

21.
*Rumbough v. Comenity Capital Bank,* Case No. 6:16-cv-01305-GKS-GJK
**Date of Filing:** 07/21/2016.
**Nature of the Claim**: FCRA, FDCPA, and FCCPA.
**Disposition:** Still pending.
**Overview:** Plaintiff filed suit against Comenity Capital Bank, BJ's, and other defendants, alleging, among other things, that Defendants improperly furnished negative information to credit reporting agencies under false pretenses and improperly represented the existence of a non-existent debt. Judgment was entered in favor of Comenity Capital Bank's countersuit for breach of the underlying credit card account agreement.

22.
*Rumbough v. Comenity Capital Bank*, Case No. 6:17-cv-00956 –GKS-GJK
**Date of Filing:** 05/25/2017.
**Nature of the Claim:** FCRA, FDCPA, FDUPTA, TCPA, and FCCPA.
**Disposition:** Still pending.
**Overview:** Plaintiff filed suit against Comenity Capital Bank, Comenity Servicing, Comenity LLC, BJ's Wholesale Club, Inc., McGlinchey Stafford, PLLC and other defendants alleging, among other things, that Defendants obtained information from a consumer reporting agency under false pretenses, failed to cease collection efforts, and initiated a telephone solicitation.

23.
*Rumbough v. On Deck Capital Inc., et.al.*, 6:17-cv-01351
**Date of Filing:** Removed from Orange County Circuit Court on 07/21/2017
**Nature of the Claim:** TCPA and Invasion of Privacy under Florida common law.
**Disposition:** Still pending.
**Overview:** Plaintiff filed suit against On Deck Capital, Inc. and Lendio alleging, that Defendants engaged in unwanted telephone solicitations which amounted to an invasion of Plaintiff's privacy as an intrusion into his seclusion.

### C. Ninth Judicial Circuit in and for Orange County, Florida

24.
*Rumbough v. Pinnacle Financial Corporation*, Case No. 2004-SC-004296-O
**Filed**: 05/18/2004.
**Nature of the Claim**: Small claims action for breach of contract.
**Disposition**: Final Judgment entered in favor of Pinnacle on 08/17/2005. Final Judgment affirmed on appeal by the Fifth District Court of Appeals of the State of Florida on 04/03/2006.

25.
*Rumbough v. Citifinancial Equity Services, Inc.,* Case No. 2007-CA-12517-O
**Filed**: 09/28/2007
**Nature of the Claim**: FCRA.
**Disposition**: Removed to Federal Court on 11/08/2007.

26.
*Rumbough v. AT&T Inc, et al.,* Case No. 2009-CA-006060-O
**Filed**: 03/02/2009.
**Nature of the Claim**: FCCPA, FDCPA, FCRA, and TCPA.
**Disposition**: Notice of Settlement as to Nationwide Credit, Inc. on 09/12/2011. Re-closed 07/06/2011.

27.
*Rumbough v. Baker*, Case No. 2009-CA-028272-O
**Filed**: 09/03/2009.
**Nature of Lawsuit**: Legal Malpractice.
**Disposition**: Dismissed by Court on 1/30/2013. Order of Dismissal affirmed by the Fifth District Court of Appeals of the State of Florida on 4/08/2014.

28.
*Rumbough v. JPMorgan Chase Bank NA*, Case No. 2013-SC-001083-O
**Filed**: 01/29/2013.
**Nature of Lawsuit:** Small claims action for breach of contract, theft, theft by deception, and fraud.
**Disposition**: Joint Stipulation of Dismissal due to settlement filed 9/30/2013. Order of Dismissal 10/04/2013.

29.
*Rumbough v. Upchurch*, Case No. 2013-SC-002983-O
**Filed**: 03/28/13.
**Nature of Lawsuit:** Breach of written contract and Fraud.
**Disposition**: Dismissed 10/28/2014.

30.
*Rumbough v. MidFirst Bank, et al.,* Case No. 2013-CA-006372-O
**Filed**: 05/20/2013.
**Nature of Lawsuit:** Breach of Written Contract.
**Disposition**: Still Pending.

31.
*Rumbough v. CBCS, et. al*., Case No. 2014-CA-006818-O
**Filed**: 06/26/2014.
**Nature of Lawsuit:** FCCPA.
**Disposition**: Still Pending. Settled as to Penn Credit, North Shore Agency; Pending settlement as to Northland Group LLC.

32.
*Rumbough v. Bright House Networks, LLC*, Case No. 2015-SC-013376-O
**Filed**: 11/12/2015.
**Nature of Lawsuit:** Small claims action for illegal charges and harassment.
**Disposition**: Still Pending.

33.
*Rumbough v. OnDeck Capital, Inc., et. al.,* Case No. 2017-CA-5388-O
**Filed**: 6/13/2017.
**Nature of Lawsuit**: TCPA and Invasion of Privacy under Florida Common Law.
**Disposition**: Removed to Federal Court on 7/17/2017.

34.
*Rumbough v. I.C. System, Inc., et. al*., Case No. 2017-SC-12923-O
**Filed**: 7/6/2017
**Nature of Lawsuit**: Small claims action for illegal debt collection and illegal credit reporting.
**Disposition**: Pending Settlement with Northland as of 09/06/17. A clerk's default has been entered against I.C. System, Inc.
Status: Pending