# Exhibit "B"

Page 1

1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                  ORLANDO DIVISION
3          CASE NO.:  6:16-cv-1305-Orl-18GJK
4    LARRY RUMBOUGH,
5        Plaintiff,
6    v.
7    COMENITY CAPITAL BANK, BJ'S
     WHOLESALE CLUB, INC., EQUIFAX
8    INFORMATION SERVICES LLC., EXPERIAN
     INFORMATION SOLUTIONS, INC., TRANS
9    UNION, LLC., and DATA SOLUTIONS, INC.,
10
         Defendants.
11   _____/
12
13                              37 North Orange Avenue
                                 Suite 500
14                               Orlando, Florida 32801
                                 Tuesday, 9:33 AM - 4:07 PM
15                               August 15, 2017
16
17
18          DEPOSITION OF LARRY RUMBOUGH
19      Taken on Behalf of the Defendants before Vicki
20    Humphries, Court Reporter, Notary Public in and for
21    the State of Florida at Large, pursuant to
22    Defendants' Notice of Taking Deposition in the above
23    cause.
24
25

Page 12

1   occupation that you've had is as a certified mediator?
2        A    Yes.
3        Q    Do you have any other sources of income?
4        A    In the past, I've done advanced funding on
5   debts of lawsuits, but that's been a few years and didn't
6   take a significant amount of money.
7        Q    Did you do this under a corporation?
8        A    Under Pegasus Financing.
9        Q    So, the current, I guess, scope of Pegasus
10  Financing, Inc.'s business is mediation, but in the past,
11  your business was more expansive?
12       A    Yes, not much more expansive, though.
13       Q    Other than advanced funding when did you --
14  what timeframe did you do advanced funding on debts and
15  lawsuits?
16       A    It was off and on between approximately 2005
17  and 2014.
18       Q    Why did you stop?
19       A    I didn't really stop.  I just focused on other
20  things.  I can still do it.  I just haven't focused on it
21  in several years.
22       Q    When was the last time you did that type of
23  work?
24       A    I think in about 2014.
25       Q    Other than student retention and finding of

```
                                                      Page 13

 1   debts, is there any other sources of income that you had
 2   besides mediation?
 3        A    Can you define income?
 4        Q    Money coming in.
 5        A    From employment?
 6        Q    Anything.
 7        A    Settlements from lawsuits.
 8        Q    How many lawsuits?
 9        A    How many lawsuits I've settled?
10        Q    How many lawsuits have you been a part of and
11   how many have settled?
12        A    Probably, total, close to 50, but I haven't
13   counted them.
14        Q    So, you've been a part of 50 lawsuits.  And how
15   many have settled?
16        A    I would say around 35.
17        Q    What type of lawsuits?
18        A    Consumer law, almost exclusively.
19        Q    What do you mean by "consumer law?"
20        A    State and federal statutes, Fair Debt
21   Collection Practices Act, Fair Credit Reporting Act, the
22   Florida Consumer Collection Practices Act.
23        Q    In both state and federal court?
24        A    Yes.
25        Q    How much income total have you garnered?
```

```
 1      A    I don't know.  I haven't counted.
 2      Q    How long have you been doing this?
 3      A    I think the first lawsuit was filed
 4   approximately 2004.
 5      Q    Against whom?
 6      A    I think it was Pinnacle.
 7      Q    Pinnacle Financial Corporation or just
 8   Pinnacle?
 9      A    I think it may have been -- I don't remember
10   the exact name.  It was a mortgage company.
11      Q    Okay.  What did you sue them for?
12      A    They denied me a mortgage, because they said I
13   made too much money.
14      Q    How much money did you make at the time?
15      A    I don't remember.
16      Q    And was that lawsuit filed in the state or
17   federal court?
18      A    State court.
19      Q    In what county?
20      A    Orange County.
21      Q    And did that case settle out of court?
22      A    No, that was -- they won the case.
23      Q    What about the lawsuit after that?
24      A    I don't remember the exact order.  It's all in
25   the dockets of state and federal courts.
```

```
 1        Q    What are the names of some of the entities that
 2   you've sued?
 3        A    In state court?
 4        Q    Yeah.
 5        A    I've sued Bright House.  I've sued Lendium.
 6        Q    What did you sue Bright House for?
 7        A    They overcharged me and -- that was primarily
 8   it.  They overcharged me.
 9        Q    That was in state court?
10        A    That was in state court.
11        Q    Did that settle or result in judgment?
12        A    That's still pending.
13        Q    Do you recall when that was filed?
14        A    I think just under a year ago.
15        Q    What other entities?  Because you said 50.  It
16   seems since 2004 there's been a gap.
17        A    Are you talking specifically in state court?
18        Q    Yeah, let's start with state, and then go to
19   federal court.
20        A    I think I have a list that Trans Union
21   provided.  Let me see if I can find it.  I don't think
22   it's here.  Let's see, I've sued attorneys -- actually,
23   I'm sorry -- I sued a bankruptcy attorney for
24   malpractice.
25        Q    Did you ever file for bankruptcy?
```

```
 1      A    Yes.
 2      Q    When was that?
 3      A    2006 and 2007.
 4      Q    What type of bankruptcy?
 5      A    Chapter 13.
 6      Q    So, you sued your attorney for bankruptcy for
 7  malpractice.  What was the result of that lawsuit?
 8      A    It was a very interesting case.  I had an
 9  attorney who had me file an amended complaint and dismiss
10  the previous complaint.  And so, the judge took the
11  position that since I dismissed the previous complaint,
12  refused to accept the second complaint, he dismissed the
13  entire case.
14      Q    What was the result of the lawsuit?
15      A    That was the result.  It was dismissed without
16  prejudice.
17      Q    What other lawsuits have you had?  Because
18  bankruptcy is federal.  So, in state court, who else have
19  you sued?
20      A    There were two collection agencies that I sued
21  recently in small claims court, IC System, and I don't
22  remember the name of the other one right now, but I can
23  find it.
24      Q    What debts were they trying to collect upon?
25      A    One was an AT&T debt.
```

Page 17

1  Q   For a cellphone bill?
2  A   For a home phone.  I just have a case against
3  AT&T that's been pending since 2009.
4  Q   What court is that in?
5  A   State court.
6  Q   So, AT&T you sued, they were collecting an AT&T
7  debt for a home phone.  When -- did you not pay your home
8  phone bill?
9  A   No, I did.  They tried to -- they sent a bill
10 for $94.19 to four collection agencies, so I sued the
11 collection agencies, or settled with them, and then I
12 sued AT&T.
13 Q   What did you sue AT&T for?
14 A   For violations of fair -- no, sorry.  Florida
15 Consumer Collection Practices Act, I think it was.
16 Q   But you paid your home phone bill?
17 A   Correct.  That case is still pending after
18 eight years.
19 Q   Okay.  Who else have you sued?  And what was
20 that phone number for your -- do you remember your AT&T
21 phone number?
22 A   407-281-7822.
23 Q   Any others that you can think of?
24 A   There was an attorney involved in that case,
25 Elizabeth Wellborn.

Veritext Legal Solutions
800-726-7007                                    305-376-8800

```
 1     Q    Okay.
 2     A    She's in the case now.  She originally
 3  represented Nationwide, who I settled with, but she sent
 4  me a statement indicating that there was a debt owed to
 5  her.  So, I sued her and her law firm.
 6     Q    What debt did you owe Nationwide?
 7     A    They were one of the four collection agencies
 8  that were trying to collect the $94.19.  I didn't owe
 9  them anything.
10     Q    So, you sued Nationwide and IC Systems in small
11  claims court?
12     A    No, it was in circuit court.
13     Q    But Nationwide sued you in small claims court,
14  and then you sued them in circuit court?  Because you
15  said there were two companies, IC Systems and another one
16  in small claims.
17     A    That's a different case.
18     Q    Okay.
19     A    Nationwide did not sue me.  I sued them and
20  then they paid me.
21     Q    So, Nationwide -- so, you sued Nationwide then
22  for the 94 -- for collecting $94.19?
23     A    Yes.
24     Q    So, what was IC Systems trying to collect on?
25     A    They, more recently, are attempting to collect
```

```
 1   that same debt from more than ten years ago.
 2       Q    And you allege it doesn't exist?
 3       A    It doesn't exist and it's too old anyway.
 4       Q    Does it not exist because you paid it?
 5       A    Correct.
 6       Q    Who else, what other companies have you sued
 7   in, I guess, since 2004?
 8       A    I don't remember any more of the state court
 9   cases right now.
10       Q    Okay.  What about federal court?
11       A    Do you want a list of what I can remember?
12       Q    Yeah.
13       A    Okay.  Equifax, Experian, Trans Union, Innovis,
14   Chase, Bank of America, City Bank, HSBC, numerous
15   collection agencies, Cavalry Portfolio Services.
16       Q    What did you sue all of these companies for?
17       A    The same statutes I indicated before, a
18   combination of Fair Debt Collection Practices Act, Fair
19   Credit Reporting Act and Florida Consumer Collections
20   Practices Act.
21       Q    So, all of your lawsuits, the 50 or so that
22   you've mentioned, have involved an underlying debt of
23   sorts?
24       A    No.
25       Q    Okay.  So, what then have you been -- what has
```

Page 20

1   been, I guess, if you're suing under the FCRA, what has
2   been inaccurately reported if not a debt or some sort of
3   obligation that you owe?
4        A    Numerous accounts.  Just because something is
5   reported, doesn't mean there's a debt.
6        Q    So, what have you sued -- if it's not a debt,
7   what is the basis for your reporting disputes?
8        A    Inaccurate information.
9        Q    Such as?
10       A    Such as the fact that there was no debt.
11  Sometimes there was no reinvestigation.  Sometimes there
12  was no report to me of the reinvestigation.
13       Q    Do you own a vehicle?
14       A    Yes.
15       Q    What type of vehicle do you own?
16       A    It's a Toyota Prius.
17       Q    How long have you owned that car?
18       A    2010.
19       Q    Do you own it outright or did you finance it?
20       A    I own it outright.
21       Q    Did you finance it?
22       A    Yes.
23       Q    And did you pay it off?
24       A    Yes.
25       Q    Did you pay it off as a result of a settlement?

1    A    No.
2    Q    I see that you did sue Southeast Toyota
3    Financial.  What were your basis for those claims?
4    A    For charging me wrong amounts.
5    Q    How were they wrong?
6    A    I don't recall specifically.  I would have to
7    look at the documentation.
8    Q    Okay.  Who is Cavalry Portfolio Services, LLC?
9    A    They are a collection agency that I've sued
10   twice.
11   Q    What have you sued them for?
12   A    For Fair Debt Collection Practices Act.
13   Q    What sort of debt were they trying to collect
14   upon?
15   A    I don't remember the first one.  The second
16   one -- actually, I'm not sure of the second one, because
17   they never really told me.  They obtained my credit
18   report and couldn't explain why.
19   Q    Do you know how they obtained your credit
20   report?
21   A    I assumed they asked Trans Union for it, and
22   Trans Union gave it to them.
23   Q    So, out of your 50 or so lawsuits, how many are
24   still pending?
25   A    I think about ten, eight to ten.

```
 1      Q    And how many overall have settled?
 2      A    I think I said 35.
 3      Q    And five resulted, then, in some sort of
 4   adjudication?
 5      A    Approximately, I think that's right.
 6      Q    Without disclosing specifics of each
 7   settlement, how much would you say -- since you've called
 8   it income -- you've made since 2004 on settlements?
 9      A    I don't know.
10      Q    You don't recall or you don't know?
11      A    I'm not sure of the distinction.
12      Q    Is there a ballpark figure?
13      A    No.
14      Q    Would it be more than $10,000?
15      A    Yes.
16      Q    More than 20?
17      A    Yes.
18      Q    More than 30?
19      A    Yes.
20      Q    More than 40?
21      A    Yes.
22      Q    More than 50?
23      A    Yes.
24      Q    More than 60?
25      A    I think so.
```

```
 1      Q    More than 70?
 2      A    Possibly.
 3      Q    More than 80?
 4      A    I'm not sure.
 5      Q    Would it be -- any chance that it would be more
 6   than 90?
 7      A    There's a chance.
 8      Q    Any chance it exceeds $100,000?
 9      A    It's possible.
10      Q    So you do have some idea?
11      A    It's more than $100 and less than a million.  I
12   know that for sure.
13      Q    So, you've essentially made a business out of
14   suing under these fair debt consumer protection statutes?
15      A    No.
16      Q    You called it income.
17      A    I think you called it income.
18      Q    I said, "is there any sort of income," and you
19   said, "I've had settlements from debts from lawsuits,"
20   and you cited three consumer protection statutes.  Is it
21   safe to say, then, that you really live off of this
22   quote, unquote income that you make from suing various
23   entities and law firms and attorneys?
24      A    No, I wouldn't say I live off of them.
25      Q    Is it a major source of income for you?
```