UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-00956

LARRY RUMBOUGH,

    Plaintiff

v.

COMENITY CAPITAL BANK;
COMENITY LLC; COMENITY
SERVICING LLC; ALLIANCE DATA;
BJ'S WHOLESALE CLUB, INC.;
ANTHONY NEWSOME; JANE DOE;
MCGLINCHEY STAFFORD PLLC;
JENNIFER M. CHAPKIN; LISA M.
SCHILLER; MARGARET HIGHTOWER;
EQUIFAX INFORMATION SERVICES
LLC; EQUIFAX CONSUMER AFFAIRS;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
JAMES M. PECK; SAMUEL A.
HAMOOD; JOHN W. BLENKE;
CHRISTOPHER A. CARTWRIGHT;
JOHN T. DANAHER; MOHIT KAPOOR;
CURTIS J. MILLER; JULIE SPRINGER;
INNOVIS DATA SOLUTIONS, INC.;
NATIONAL CONSUMER TELECOM &
UTILITIES EXCHANGE
    Defendants.

## MCGLINCHEY STAFFORD PLLC; LISA M SCHILLER; AND JENNIFER M. CHAPKIN'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Defendants McGlinchey Stafford PLLC ("McGlinchey"); Lisa M. Schiller ("Schiller"); and, Jennifer M. Chapkin ("Chapkin")(collectively, "McGlinchey", "Schiller", and "Chapkin" referred to as the "Defendants") by and through its undersigned counsel and pursuant to M.D. Fla. Local Rule 3.01(c), files this Motion for Leave to File a Reply to Plaintiff, Larry Rumbough's ("Plaintiff") Response to Defendants' Motion to Dismiss With Incorporated

1184208.1

Memorandum of Law (the "Response")[Doc. No. 64] to Defendants' Motion to Dismiss with Incorporated Memorandum of Law (the "Motion to Dismiss")[Doc. No.63] in order to address the Plaintiff's request to amend his Complaint and in support thereof sets forth as follows:

**I.    Background**

1. On July 21, 2016, Plaintiff filed his Complaint alleging that Defendants committed a laundry list of consumer protection statute violations including the Fair Credit Reporting Act ("FCRA"), 15U.S.C. § 1681 et seq.; the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692 et. seq.; the Florida Consumer Collection Practices Act ("FCCPA), Fla. Stat. § 559 et seq.; the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.; and the Florida Deceptive and Unfair Trade Practices Act ("FDUPTA"), Fla. Stat. §501 et seq. (the "Complaint")[Doc. No. 1].

2. On August 17, 2017, the Defendants filed the Motion to Dismiss asserting therein that that Plaintiff's claims each fail to state a cause of action, have no merit and dismissal of the Complaint with prejudice is therefore warranted.

3. On September 5, 2017, Plaintiff filed the Response to the Motion to Dismiss. In his Response, Plaintiff fails to make a single argument as to why any of his claims state a cause of action and should not be dismissed but instead simply asserts "..the claims against Defendants are sufficiently clear in the Complaint." *Response,* at ¶1.

4. Rather than arguing in defense of dismissal, the Plaintiff requests that should the Court accept Defendants' arguments, then he be guided by this Court on the inadequacies in his Complaint so that he may amend his Complaint. *Response,* at ¶ 2.

5. Defendants now seek leave to reply to Plaintiff's request to amend to explain why such request should be denied as any amendment to the Complaint would be futile.

1184208.1

**II.     Legal Standard**

6.      The Middle District of Florida Local Rules state that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave." M.D. Fla. R. 3.01(c). This court has held "The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Shaw v. U.S.*, No. 2:11–cv–481–FtM–99SPC, 2012 WL 10759327 (M.D. Fla. March 7, 2012).

**III.    Argument and Memorandum of Law**

7.      Plaintiff's Response seeks relief from this Court to allow him to file an amendment to the Complaint should this Court grant the Defendants' Motion to Dismiss.

8.      For all of the reasons set forth in Defendants' Motion to Dismiss, Defendants submit that allowing an amendment to the Complaint would be futile and do nothing more than require Defendants to continue to expend endless resources to defend against claims that have no validity.

9.      A Reply would allow the Defendants the opportunity to demonstrate that it is well within this Court's power to dismiss Plaintiff's Complaint with prejudice since no amendment will be sufficient to withstand another motion to dismiss or a summary judgment in favor of Defendants.

10.     While *pro se* litigants must generally be given an opportunity to amend their complaint, a district court need not allow an amendment where it would be futile. See *Cockrell v Sparks*, 510 F.3d 1307, 1310 (11th Cir. 2001). "Leave to amend a complaint is futile when the complaint as amended would still be properly dismissed or be immediately subject to summary judgment for defendant." *Id.*

### IV. Conclusion

11. For these reasons, the Defendants' request this Court grant leave to allow the filing of a Reply to address the Plaintiff's request to amend his Complaint despite failing to assert why his claims state a cause of action or how any amendment would cure such deficiencies. Should the Court grant the requested relief, the Defendants are prepared to file its Reply within 5 business days of the granting of this Motion for Leave.

### Certification of Good Faith Conference with Plaintiff

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned counsel has attempted to confer with Plaintiff via e-mail and telephone regarding the relief sought in this Motion; however, as of the time this Motion was filed, the undersigned counsel has not received a response.

Dated: October 2, 2017.

Respectfully submitted,

*/s/ Lisa M. Schiller*
Lisa M. Schiller, Esq.,
Florida Bar # 984426
Jennifer M. Chapkin, Esq., Florida Bar # 63855
McGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main) / Fax: (954) 333-3846
Primary E-Mails:
lschiller@mcglinchey.com
jchapkin@mcglinchey.com
Secondary E-mails:
ealarcon@mcglinchey.com
rwalters@mcglinchey.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and the following manner, on this 2nd day of October, 2017.

**Via U.S. Mail:**
**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
lrumbough@yahoo.com
321-331-1859
PRO SE

                 */s/ Lisa M. Schiller*

1184208.1