# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LARRY RUMBOUGH,

     Plaintiff,

                                       Case No. 6:17-cv-956-Orl-40KRS

-v-

COMENITY CAPITAL BANK, et al.

     Defendants.

## PLAINTIFFS RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, Larry Rumbough, hereby responds to Court's Order to Show Cause, and states:

1. Plaintiff has been awaiting service to be effected on one of the Defendants, National Consumer Telecom Utilities Exchange. According to the Fulton County Georgia Marshal's Department, the summons and complaint was received by them on September 15, 2017. They have not explained why the Defendant has not been served yet, although they acknowledge that this should have happened by now.

2. Plaintiff had wanted for the above Defendant to appear in the case before scheduling the Case Management Meeting, but the delay in service has made that impossible.

3. Therefore, the Case Management Meeting with all active Defendants has been scheduled for October 12, 2017 at 9:00 a.m. Plaintiff will ensure that the Case Management Report is quickly filed after the Meeting.

4. None of the Defendants have suffered any prejudice for the delay in scheduling the Meeting.

Dated: October 10, 2017

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 10th day of October, 2017:

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859