UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

-v-

Case No. 6:17-cv-00956-GKS-GJK

COMENITY CAPITAL BANK, et al.

Defendants.

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF OCTOBER 31, 2017

Plaintiff, Larry Rumbough, hereby files Plaintiff's Response to the Court's Order of October 31, 2017, and states:

1. Plaintiff has resolved all claims against Jane Doe and Margaret Hightower and requests that these Defendants be dismissed with prejudice from this action.

2. Plaintiff requests that Equifax Consumer Affairs, James M. Peck, Samuel A. Hamood, John W. Blenke, Christopher A. Cartwright, John T. Danaher, Mohit Kapoor, Curtis J. Miller, and Julie Springer be dismissed without prejudice from this action.

3. Plaintiff obtained a summons for National Consumer Telecom & Utilities Exchange ("National") on August 28, 2017 and mailed it to the Fulton County Marshal's Department on September 2, 2017. Before then, Plaintiff had conducted a diligent search for a proper address to serve National and finally found that it had successfully been served in an unrelated lawsuit at the Georgia address on the summons that Plaintiff obtained.

4. As explained in Plaintiff's Response to the Court's Order to Show Cause, (Doc. No. 79), the Fulton County Georgia Marshal's Department stated that the summons and complaint was received by them on September 15, 2017 and that they had not explained why the Defendant

has not been served yet, although they acknowledged that this should have happened by now. Plaintiff has still not received an explanation for this lack of service despite his making several attempts by telephone to this department to obtain one.

5. However, this may be moot if, as claimed in Defendant National Consumer Telecom & Utilities Exchange, Inc.'s Motion to Dismiss and Incorporated Memorandum Of Law (Doc. No. 88), National's business address in Georgia is not the proper address to serve it. The motion does not indicate where it should be served.

6. National does not appear to have a registered agent in either Florida or Georgia and may be doing business illegally in those and perhaps other states. Not having a registered agent as required makes it difficult to serve such a Defendant.

7. National ignored an earlier request for waiver of service sent by Plaintiff.

8. National will suffer no prejudice if Plaintiff has additional time to serve it.

9. Dismissing National from this action will inevitably result in Plaintiff filing another lawsuit against the entity for exactly the same violations, thus wasting judicial resources.

WHEREFORE, Plaintiff requests that the above Defendants be dismissed from this action as outlined above, with the exception of National. Plaintiff requests that he be allowed 30 additional days to effect service on National or have it agree to waive service of process.

Dated: November 20, 2017

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 20th day of November, 2017:

_Larry Rumbough_
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859