UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

-v-                              Case No. 6:17-cv-00956-GKS-GJK

COMENITY CAPITAL BANK, et al.

Defendants.

## PLAINTIFF'S NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

    Notice is hereby given Plaintiff LARRY RUMBOUGH hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the order dismissing the case entered in this action on the 13th day of December, 2017. The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

John Anthony Love
King & Spalding, LLP
Attorney for EQUIFAX INFORMATION SERVICES LLC
1180 Peachtree Street NE
Atlanta, GA 30309

Laura K. Gura
Jones Day
Attorney for EXPERIAN INFORMATION SOLUTIONS, INC.
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309

Franklin G. Cosmen, Jr.
Quintairos, Prieto, Wood & Boyer, PA
Attorney for TRANS UNION LLC
9300 S Dadeland Blvd, 4th Floor
Miami, FL 33156

Hal Kemp Litchford
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attorney for NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE
200 S. Orange Avenue, Suite 2900
Orlando, FL 32801

Dated: January 11, 2018

Respectfully submitted,

*Larry Rumbough* (signature)

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859