# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No:　6:17-cv-956-Orl-40GJK

**NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S BILL OF COSTS (Doc. No. 107)** |
| **FILED:** | **October 8, 2018** |

**THEREON** it is **ORDERED** that the document is treated as a motion to review costs and **DENIED** for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida, on October 10, 2018.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties